# EXHIBIT A

# INVOICE

**SEA SHIPPING LINE**
1149 W. 190th Street, Suite 2130
Gardena CA  90248
Tel 310 767 1350
Fax 310 767 1360

**INVOICE NO:** 280221-6
DOC NO: 280221-100
DATE: 4/3/21
CUST REF:
PO:
DUE DATE: Upon Receipt

**BILL TO:**
Cargo Planet Logistics
625 W. Victoria St.
COMPTON CA 90220
310-637-7820

Carrier:     YANG MING LAX Tel:6267829   Vessel:   MOL EMPIRE 034E
Booking No:  YLX383408                    MBL No:   YMLUT135461915
ETD:         4/3/21                       ETA:      5/27/21
Freight:     PREPAID
Commodity:   Autos
Loading:     LONG BEACH, CA, UNITED STATES
Unloading:   HAMBURG, GERMANY
Delivery To: HAMBURG, GERMANY

| Description of Goods and/or Service Evidencing Shipment of: | Quantity | Unit Price | Total Amount |
|---|---|---|---|
| Demurrage/destruction of cargo/customs fee transfer of container to warehouse/ CSC | 1 | 21633.80 | 21633.80 |
| | | **TOTAL (in USD )** | 21633.80 |

NOTES:
YMLU8686950 2 units 4082kg 0cbm.

**Please remit to:**
Sea Shipping Line, 520 3rd Street, Suite 207, Oakland, Ca. 94607.
**ACH/Wire Transfer Detail:**
City National Bank, 245 Lytton Ave Suite 100, Palo Alto, CA 94301
ABA/Routing# ▮▮▮▮▮▮   Swift Code: ▮▮▮▮▮▮   Account Name: Sea Shipping Line, Inc. (California)   Account Number: ▮▮▮▮▮▮   FMC #: 010787N

Prepared by:
*Patty Drewalo* (signature)