UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
ASA MANAGEMENT CORP.

                      Plaintiff,

-against-
LCL SHIPPING (USA), INC.

                      Defendant.
--------------------------------------------------------

Case No. 1:22-cv-10608-GHW-SN

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**ALTON J. EVANS, JR.**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: **AE6565**    My State Bar Number is **5168307**

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Betancourt, Van Hemmen, Greco & Kenyon LLC
                      FIRM ADDRESS: 75 South Broadway, 4th Fl, White Plains, NY 10601
                      FIRM TELEPHONE NUMBER: 914-997-1100
                      FIRM FAX NUMBER: 914-997-1101

NEW FIRM:    FIRM NAME: Betancourt, Greco & Evans LLC
                      FIRM ADDRESS: 75 South Broadway, 4th Fl, White Plains, NY 10601
                      FIRM TELEPHONE NUMBER: 914-997-1100
                      FIRM FAX NUMBER: 914-997-1101

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 1/1/23

                                                          ATTORNEY'S SIGNATURE