```
                                                     ┌─────────────────────────────┐
                                                     │ USDC SDNY                   │
                                                     │ DOCUMENT                    │
                                                     │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT                         │ DOC #: _____    │
SOUTHERN DISTRICT OF NEW YORK                        │ DATE FILED: 2/16/2023       │
------------------------------------------------- X  └─────────────────────────────┘
                                                  :
ASA MANAGEMENT CORP., d/b/a Sea Shipping          :
Line,                                             :
                                                  :          1:22-cv-10608-GHW
                                   Plaintiff,      :
                                                  :               ORDER
              -v -                                :
                                                  :
LCL SHIPPING USA, INC., d/b/a Cargo Planet         :
Logistics,                                         :
                                                  :
                                   Defendant.      :
                                                  :
------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

On January 30, 2023 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than February 13, 2023. Dkt. No. 11. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's January 30, 2023 order forthwith, and in no event later than February 21, 2023.

SO ORDERED.

Dated: February 16, 2023
       New York, New York

                                        _____
                                        GREGORY H. WOODS
                                        United States District Judge