```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                                        :
ASA MANAGEMENT CORP., *d/b/a* Sea Shipping  :
Line,                                                                 :
                                                                            :   1:22-cv-10608-GHW
                                                  Plaintiff,  :
                                                                            :   <u>ORDER</u>
                           -v -                             :
                                                                      :
LCL SHIPPING USA, INC., *d/b/a* Cargo Planet  :
Logistics,                                                 :
                                                                     :
                                      Defendant.  :
                                                                      :
--------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

       In a February 17, 2023 letter, the parties have indicated that they "agree to proceed before the assigned Magistrate Judge for all purposes." Dkt. No. 16. In order to complete the consent to reference to the Magistrate Judge, as the Court advised in its January 30, 2023 order, "counsel for the defendant must . . . file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form," available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. *See* Dkt. No. 11.

       SO ORDERED.

Dated: February 17, 2023
       New York, New York

                                                                 _____
                                                                   GREGORY H. WOODS
                                                               United States District Judge